196 So. 153

### Arthur JOHNSON v. STATE.

### 8 Div. 44.

Supreme Court of Alabama.

April 11, 1940.

Rehearing Denied May 23, 1940.

Wm. Stell, of Russellville, for the motion.

Thos. S. Lawson, Atty. Gen., opposed.

PER CURIAM.
Petition of Arthur Johnson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case styled Johnson v. State, 8 Div. 933, 196 So. 151.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

On Rehearing.

PER CURIAM.
Application for rehearing overruled.

THOMAS, BROWN, KNIGHT, and LIVINGSTON, JJ., concur.